IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ALFONSO-HERNANDEZ,<br><br>Defendant. | MJ 25-17-M-KLD<br><br>ORDER |

The United States has filed an unopposed motion to dismiss the complaint without prejudice. (Doc. 17). Accordingly,

IT IS ORDERED that the motion is GRANTED. The complaint in this matter is DISMISSED without prejudice

DATED this 2nd day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1